UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-CV-23385-UU

GSG HOLDING, INC., a Florida
Corporation,

    Plaintiff,
v.

QBE SPECIALTY INSURANCE COMPANY,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF SETTLEMENT OF CASE**

Defendant, QBE SPECIALTY INSURANCE COMPANY, hereby informs the Court that the parties have settled the above referenced action, and will submit a Stipulation for Dismissal With Prejudice together with a corresponding proposed Order on same under separate cover shortly.

Dated:  June 28, 2016.

Respectfully submitted,

/s/ Wendy J. Stein
Wendy J. Stein, Esq.
Florida Bar No. 389552
Dena B. Sacharow, Esq.
Florida Bar No. 84640
KELLER LANDSBERG PA
Broward Financial Centre
500 East Broward Boulevard, Suite 1400
Fort Lauderdale, FL  33394
Phone:   954.761.3550
Fax:     954.525.2134
Email: wendy.stein@kellerlandsberg.com
Email: lydia.dellatto@kellerlandsberg.com
Email: dena.sacharow@kellerlandsberg.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was filed and served electronically via CM/ECF on the **28th** day of **June, 2016**, on Jasiel Tabares, Esq., Diana Davila, Esq., Tabares Law, P.A., (*Counsel for Plaintiff*), 12595 SW 137 Avenue, Suite 206, Miami, FL 33186; ph: 786-478-6561, E-service: jtabares@tabareslaw.com; ddavila@tabareslaw.com; and Eduardo E. Dieppa, III, Esq., (*Co-Counsel for Plaintiff*), Dieppa Law Firm, P.A., 2097 West 76 Street, Hialeah, FL 33146; ph: 905-826-8266, E-service: edieppa@dieppalaw.com.

By: */s/ Wendy J. Stein*
Wendy J. Stein
Fla. Bar No.: 389552
*Counsel for Defendant*